POPE v. BRIGGS et al.

(Supreme Court, General Term, First Department. January 13, 1893.)

ACCOUNTING BY ASSIGNEE—ABATEMENT BY DEATH OF ASSIGNOR—PARTNERSHIP.
Where one of two assignors for benefit of creditors, who were partners, dies during an accounting by the assignee before a referee, in an action by a creditor for payment of her proportionate share of the assigned estate, a motion by the assignee to suspend the reference until some representative of the deceased assignor can be brought in will not be granted, when it does not appear that deceased ever had any individual property; for, as to the firm rights and property, he is represented by the surviving partner.

Appeal from special term, New York county.

Action by Catherine A. Pope against Samuel A. Briggs, as assignee for benefit of creditors of Thomas J. Pope and James E. Pope, partners in business under the firm name of Thomas J. Pope & Bro., and others, for an accounting by the assignee, and for payment of plaintiff's proportionate share of the assigned estate. When the action was commenced the assignors, partners, were both living, and were made defendants. While the accounting was proceeding before the referee, one of the defendant assignors died, and defendant assignee moved to suspend the reference until some representative of the deceased defendant should be brought in the suit. The motion was denied by the referee, and, from an order of the special term also denying the motion for a stay, defendant assignee appeals. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Thomas Darlington, for appellant.
Benjamin F. Edsall, for respondent.

PER CURIAM. It does not appear upon this application that the deceased ever had any individual property, and, as far as the firm's rights are concerned, the surviving partner represents him. The order should be affirmed, with $10 costs and disbursements.